UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTINE DEMOTSES,
            Plaintiff,      :

                            :

V.                        :  CIVIL ACTION NO. 1335 (GLG)

                            :

TRUMBULL HOUSING AUTHORITY,  :
et al.
                            :  NOVEMBER 5, 2003
            Defendants.     :

## WITHDRAWAL

Plaintiff Christine Demotses hereby withdraws the above entitled action with prejudice

PLAINTIFF CHRISTINE DEMOTSES,

By _____
Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245, Fax (203) 384-1246
Alanrosner@aol.com

CERTIFICATION

This is to certify that a copy of the foregoing has been served by regular first class mail postage prepaid on this 5th day of November, 2003 to Nicole Bernabo, Esq., Sullivan Schoen Campane and Connon, LLC, 646 Prospect Street, Hartford, CT 06106 and Nicole Chomiak, Esq., Nuzzo & Roberts, P.O. 747, Cheshire, CT 06410.


Alan Rosner