

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE DEMOTSES, | : |
|     Plaintiff, | : |
| | : CIVIL ACTION NO. 1335 (GLG) |
| V. | : |
| | : |
| TRUMBULL HOUSING AUTHORITY, | : |
| et al. | : NOVEMBER 5, 2003 |
|     Defendants. | : |

## **WITHDRAWAL**

Plaintiff Christine Demotses hereby withdraws the above entitled action with prejudice

PLAINTIFF CHRISTINE DEMOTSES,

By _____
Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245, Fax (203) 384-1246
Alanrosner@aol.com

Nov. 12, 2003  SO ORDERED.
Gerard L. Goettel, USDJ

## CERTIFICATION

This is to certify that a copy of the foregoing has been served by regular first class mail postage prepaid on this 5th day of November, 2003 to Nicole Bernabo, Esq., Sullivan Schoen Campane and Connon, LLC, 646 Prospect Street, Hartford, CT 06106 and Nicole Chomiak, Esq., Nuzzo & Roberts, P.O. 747, Cheshire, CT 06410.

_____
Alan Rosner